IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. WILLIAMS, | No. C 18-4263 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| RICHARD B. SHIKMAN, et al., | |
| Defendants. | |

Plaintiff's motion to voluntarily dismiss this case is **Granted** under Rule 41 of the Federal Rules of Civil Procedure, and this case is **DISMISSED**.

The clerk shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: October  16 , 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE